UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EULUS ABBOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:08CV0430 AGF |
| | ) | |
| SCHNEIDER NATIONAL CARRIERS, | ) | |
| INC., SCHNEIDER NATIONAL, INC., | ) | |
| and SHANNON HYDAR, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

In light of the voluntary dismissal by Plaintiff of Defendant Shannon Hydar,

**IT IS HEREBY ORDERED** that the separate motion of Defendant Shannon Hydar to dismiss the case for lack of personal jurisdiction over him is **DENIED** as moot.

[Doc. #6]

                                                                                                                  _____
                                                                                                                   AUDREY G. FLEISSIG
                                                                                                                    UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of May, 2008.